# Court of Appeals
## Tenth Appellate District of Texas

## 10-25-00333-CV

In the Estate of Richard Leon Meankins

On appeal from the
County Court at Law of Navarro County, Texas
Judge Amanda Putman, presiding
Trial Court Cause No. P-19707

The opinion of the Court was delivered PER CURIAM.

## MEMORANDUM OPINION

Appellant, Deloris Phillips, filed a "Notice of Appeal" from the trial court's rulings in quashing subpoenas requested by Phillips. By letter from the Clerk dated September 30, 2025, Appellant was notified that there did not appear to be an appealable order and requested that Appellant file a response to show that this Court has jurisdiction over this appeal.

Appellant filed a response. We have reviewed the response. However, we find that the orders entered by the trial court that quashed the subpoenas are not independently appealable.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* Tᴇx.
R. Aᴘᴘ. P. 42.3(a).

OPINION DELIVERED and FILED: October 30, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

